# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IVETTE COLON,

     **Plaintiff,**

v.              **Case No: 6:17-cv-133-Orl-22TBS**

COMMISSIONER OF SOCIAL
SECURITY,

     **Defendant.**

_____

## ORDER

 This cause is before the Court for judicial review of a final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for disability insurance benefits and supplemental security income.

 The United States Magistrate Judge has submitted a report recommending that the decision be AFFIRMED.

 After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

 Therefore, it is **ORDERED** as follows:

 1. The Report and Recommendation filed January 12, 2018 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

 2. The final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for disability insurance benefits and supplemental security income is AFFIRMED.

 3. The Clerk is directed to enter judgment accordingly, and CLOSE the file.

 **DONE** and **ORDERED** in Orlando, Florida on January 29, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties